

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 292ND JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 29th day of December, 2014, the cause on appeal to revise or reverse the judgment between

SAMUEL PETER VIVES, Appellant

No. 05-13-01463-CV          V.

AMANDA LEE GERSTEN, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas

Trial Court Cause No. CV13-00303-V-292nd.

Opinion delivered by Justice Myers. Justices O'Neill and Francis participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the September 24, 2013 Protective Order of the trial court is **MODIFIED** as follows:

"5) Going to or within 500 feet of the employment or business of AMANDA LEE GERSTEN or a member of the family or household of AMANDA LEE GERSTEN, to wit: 5701 Virginia Parkway, McKinney, TX 75071."

We **AFFIRM** the trial court's judgment as **MODIFIED**. We **ORDER** the trial court to enter a corrected protective order reflecting this modification.

It is **ORDERED** that appellee AMANDA LEE GERSTEN recover her costs of this appeal from appellant SAMUEL PETER VIVES.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 10th day of March, 2015.

LISA MATZ, Clerk